IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BIG FISH ENTERTAINMENT LLC, § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | | |
| § | | |
| WILLIAMSON COUNTY, TEXAS, § | CAUSE NO. 1:21-CV-275-LY | |
| CITY OF AUSTIN, TEXAS, § | | |
| LIEUTENANT JAMES DAVID (IN HIS § | | |
| INDIVIDUAL CAPACITY), AND § | | |
| DOES 1 THROUGH 10, INCLUSIVE, § | | |
| DEFENDANTS. § | | |

## ORDER GRANTING JOINT MOTION TO STAY AND ABATE

The court has considered the joint motion to stay and abate proceedings filed June 28, 2021 (Doc. #25) filed by Plaintiff Big Fish Entertainment LLC and Defendants Williamson County, Texas, City of Austin, Texas, and Lieutenant James David (in his individual capacity) (collectively, the "Parties"). After having considered the motion and the applicable law, the court finds that the motion should be **GRANTED** as follows:

**IT IS ORDERED** that further proceedings in this matter are **STAYED** and **ABATED** pending further order of the court.

**IT IS FURTHER ORDERED** that the Parties shall provide a joint status report to the court on the status of the case **on or before September 28, 2021.**

SIGNED this _29th_ day of June, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1