# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| BIG FISH ENTERTAINMENT LLC § § Plaintiffs, § § v. § § WILLIAMSON COUNTY, TEXAS, § CITY OF AUSTIN, TEXAS, § LIEUTENANT JAMES DAVID (in his § individual capacity), and DOES 1 § through 10, inclusive § Defendants. § | Civil Action No. 1:21-cv-00275-LY |

## PARTIES' JOINT STATUS REPORT

**TO THE HONORABLE JUDGE YEAKEL:**

The parties to this case, Plaintiff Big Fish Entertainment LLC and Defendants Williamson County, Texas; the City of Austin; and Lieutenant James David (in his individual capacity) jointly file this status report in furtherance of the agreed and unopposed motion to abate the proceedings in this case.

1. In light of these other pending proceedings related to the same subject matter, the parties to this case have agreed to abate this matter for a period of time through December 30, 2021.

2. The parties have continued to monitor the other pending proceedings related to the same subject matter and continue to agree to abate this matter.

Respectfully submitted,

*/s/ Eric. J.R. Nichols*
Eric J.R. Nichols
Butler Snow LLP
State Bar No. 14994500
1400 Lavaca St., Suite 1000
Austin, TX 78701
Phone: (737) 802-1800
Fax: (737) 802-1801
Email: Eric.Nichols@butlersnow.com

*/s/ Randy T. Leavitt*
Randy T. Leavitt
The Law Office of Randy T. Leavitt
State Bar No. 12098300
1301 Rio Grande
Austin, TX 78701
Phone: (512) 476-4475
Fax: (512) 542-3372
Email: randy@randyleavitt.com
**Attorneys for Defendants Williamson County and Lieutenant James David**

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN RILEY, CHIEF OF LITIGATION

*/s/ Meghan Riley*
Meghan Riley
City of Austin Law Department
State Bar No. 24049373
P.O. Box 1088
Austin, TX 78767
Phone: (512) 974-2458
Fax: (512) 974-2894
Email: Meghan.riley@austintexas.gov
**Attorneys for Defendant City of Austin**


**Jointly with:**

2

>By: */s/ David González*
>David González
>Sumpter & González, L.L.P.
>State Bar No. 24012711
>3011 N. Lamar, Ste. 200
>Austin, Texas 78705
>Phone: (512) 381-9955
>Fax: (512) 485-3121
>Email: david@sg-llp.com
>
>*/s/ Elizabeth A. McNamara*
>Elizabeth A. McNamara
>Jeremy A. Chase
>Jesse Feitel
>Davis Wright Tremaine LLP
>1251 Avenue of the Americas, 21st Floor
>New York, NY 10020
>Phone: (212) 489-8230
>Fax: (212) 489-8340
>Email: lizmcnamara@dwt.com
>jeremychase@dwt.com
>jessefeitel@dwt.com
>**Attorneys for Plaintiff Big Fish LLC**

## CERTIFICATE OF CONFERENCE

By our signatures below, we certify that we have conferred and agree to this Joint Status Report.

>*/s/ David M. González*
>David M. Gonzalez
>
>*/s/ Randy T. Leavitt*
>Randy T. Leavitt
>
>*/s/ Meghan Riley*
>Meghan Riley

## CERTIFICATE OF SERVICE

By our signatures below, we certify that on September 27, 2021 a true and correct copy of the foregoing Joint Status Report was filed using the Court's electronic filing system, which will provide notice to all parties of record.

*/s/ David M. Gonzalez*
David M. Gonzalez

*/s/ Randy T. Leavitt*
Randy T. Leavitt

*/s/ Meghan Riley*
Meghan Riley