IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BIG FISH ENTERTAINMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-275-RP |
| WILLIAMSON COUNTY, TEXAS, et al., | § § § | |
| Defendants, | § | |

## ORDER

On August 21, 2023, the parties dismissed this action without prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 26). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on August 22, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE